IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DUANE J. GONDER
A.D.C. # 147996                                                                                           PETITIONER

v.                                        No. 5:12-cv-186-DPM-HDY

RAY HOBBS, Director, Arkansas
Department of Correction                                                                           RESPONDENT

ORDER

The Court has reviewed Magistrate Judge Young's proposed findings and recommendations on Gonder's petition for a writ of *habeas corpus*. *Document No. 17.* No one has objected. The Court sees no clear error on the face of the record, or legal error, and adopts Judge Young's careful proposal as its own decision. FED. R. CIV. P. 72(b) (Advisory Committee Notes 1983 Addition). If the calendar does not bar Gonder's petition, and the Court concludes it does, then his sentence-specific plea agreement and the Arkansas Supreme Court's 28 U.S.C. § 2254(d)(1)&(2)-compliant analysis on the ineffectiveness issue does. Gonder has made no substantial showing about denial of a constitutional right, so no certificate of appealability will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 December 2012