---

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DUANE J. GONDER**                                              **PETITIONER**

v.                           No. 5:12-cv-186-DPM-HDY

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                            **RESPONDENT**

## ORDER

Motion to transfer, № 36, denied as moot. This Court entered judgment; Gonder appealed; and the appeal was dismissed. This case is closed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 January 2014