IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DUANE J. GONDER                                                    PETITIONER

v.                                   No. 5:12-cv-186-DPM

WENDY KELLEY,* Director, Arkansas
Department of Correction                                    RESPONDENT

ORDER

Gonder asks if he can resubmit his claims based on the outcome of a disciplinary proceeding against his former lawyer. № 44. Gonder's convictions and sentences, though, have already been through a full round of habeas review.  He must therefore seek and get permission from the U.S. Court of Appeals for the Eighth Circuit to file a second habeas petition before this Court can proceed.  28 U.S.C. § 2244(b)(3)(A).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_24 November 2015_

---

*The Court directs the Clerk to amend the docket to reflect the current Director of the Arkansas Department of Correction, Wendy Kelley.  FED. R. CIV. P. 25(d).