IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DUANE J. GONDER
ADC #147996                                                    PETITIONER

v.                         No. 5:12-cv-186-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction                                       RESPONDENT

## ORDER

Gonder again argues that his *habeas* lawyer—recently suspended by this Court—committed fraud on the Court during Gonder's *habeas* proceedings. Gonder wants relief from the Judgment and a hearing so he can show how his lawyer failed him. As this Court previously held, though, Gonder can't raise or reargue any "claim" — including one about how his *habeas* lawyer failed him—unless the United States Court of Appeals for the Eighth Circuit gives him permission to file a second or successive *habeas* petition. № 45 & № 48. The recent suspension does not affect that conclusion. Gonder's motion, № 64, is therefore denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

8 January 2019