# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DUANE J. GONDER
ADC #147996                                                              PETITIONER

v.                              No. 5:12-cv-186-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction*                                         RESPONDENT

## ORDER

On 23 June 2020, Gonder moved the Court to withhold a decision on his pending Rule 60 motion until a ruling is made in another case, *Gonder v. Young*, 4:20-cv-390-KGB. I had no knowledge of the other case. So I reviewed that docket. Gonder had named me, former Magistrate Judge Young, and Arkansas Division of Correction Director Dexter Payne as "nominal party(s)" in a declaratory judgment action he filed in early April about the Jeffery H. Kearney issues. Gonder named Kearney as the adverse party in his new case. Gonder sought no relief against me or any other nominal party. On 2 July 2020, Judge Baker dismissed the declaratory judgment action before service.

---

\* Dexter Payne is the current Director of the Arkansas Division of Correction. The Court directs the Clerk to update the docket accordingly.

Gonder's motion to hold in abeyance, *Doc. 72*, is therefore denied without prejudice as moot.

I have considered whether, based on Gonder's new case, I should recuse in this case and other matters involving Gonder. 28 U.S.C. § 455. Given that he sought no relief against me in that case, and that he did not plead any challenge to my actions, my tentative conclusion is that my impartiality could not reasonably be questioned. But, I will withhold a final decision until after Gonder has an opportunity to weigh in, if he desires to do so. I may have misunderstood his aims or the relief he was seeking in Case No. 4:20-cv-390-KGB. Any response from him on my possible recusal is due by 28 July 2020.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_13 July 2020_