# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DUANE J. GONDER
ADC #147996                                                                PETITIONER

v.                  No. 5:12-cv-186-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                          RESPONDENT

## ORDER

Motions, *Doc. 70 & 74*, granted. Gonder's motions for relief from the judgment, *Doc. 66 & 67*, are withdrawn.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 July 2020