IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DUANE J. GONDER
ADC #147996                                                           PETITIONER

v.                          No. 5:12-cv-186-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                       RESPONDENT

## ORDER

Motion to hold in abeyance, *Doc. 121*, denied without prejudice. "The filing of a notice of appeal is an event of jurisdictional significance — it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (*per curiam*). In light of Gonder's pending appeal, *Doc. 99 & 111*, this Court lacks jurisdiction over his motion. If the Court of Appeals decides that Gonder is entitled to Rule 60 relief, then he may renew his motion at the appropriate time.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 July 2021